

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2019

No. 04-19-00483-CR

Vinay **YADAV,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 601415
The Honorable Melissa Vara, Judge Presiding

# O R D E R

Appellant has filed a notice of appeal seeking to appeal judgments entered in two trial court cause numbers: 601414 and 601415. According to his notice of appeal, the judgments in those cause numbers are for two misdemeanor offenses: criminal trespass and resisting arrest.

Because appellant is required to file a notice of appeal in each of the underlying causes to appeal the judgment entered in that cause number, he must pay a separate filing fee for each notice of appeal. Accordingly, his motion requesting to pay only one filing fee is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2019.

KEITH E. HOTTLE
Clerk of Court